**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

RE:                                                                                                                CHAPTER 13

**HARRIS R. COLTRAIN**

**DEBTOR**                                                                                        CASE NO. 19-31451

**ORDER SUSPENDING CHAPTER 13 PAYMENTS**
**AND ORDER TO PMC REGIONAL HOSPITAL**
**MODIFYING WAGE DEDUCTION ORDER**

Upon Motion of the Debtor, Harris Coltrain, by Counsel, and it appearing to the Court that the best interest of the Debtor and Creditors will be served by suspending the Debtor's Chapter 13 Plan payments for a ninety day period, and the Court taking note that as a result of the Coronavirus, the Debtor's earnings have been reduced by thirty percent, and the Court being otherwise sufficiently advised;

*IT IS HEREBY ORDERED AND ADJUDGED* that the Debtor's Motion to suspend his Chapter 13 Plan payments for the months of April, May and June of 2020, is hereby *GRANTED.*

*IT IS FURTHER ORDERED AND ADJUDGED* that *PMC Regional Hospital* shall consider this document as an Order modifying the current wage deduction order entered by the US Bankruptcy Court on August 13th, 2019 and shall not send to the Chapter 13 Trustee the next seven payments from the wages of Harris Coltrain in the amount of $325.00. PMC Regional Hospital is further instructed to begin again sending the Chapter 13 Trustee the regular $325.00 payment from the wages of Harris Coltrain on his next eighth pay period..

As soon as the wages of the Debtor return to normal, the Debtor is instructed to immediately contact his attorney for the purposes of filing the appropriate Motion to catch up with those missed payments.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: April 17, 2020

TENDERED BY:

/S/ Marc H. Levy
Marc H. Levy
Counsel for Debtor
440 South Seventh Street, Suite 200
Louisville, Kentucky 40203-1967
(502) 583-5023