UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:

**HARRIS R. COLTRAIN**                                           CASE NO.   **19-31451 (2)**

CHAPTER 13

Debtor(s)

---

### ORDER TO RESUME PLAN PAYMENTS

---

THIS MATTER having come before the Court on December 7, 2020, for hearing on the Trustee's motion for the Debtor to appear and show cause why this Chapter 13 bankruptcy case should not be dismissed for failure to make payments in accordance with the Order of Confirmation. The Court having been advised by Chuck Sydenstricker, counsel for the Trustee, that a meeting was held between counsel for the Trustee and Marc Levy, counsel for the Debtor. The Court having considered the Trustee's recommendation regarding this matter, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Debtor resume making payments in accordance with the Order of Confirmation**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that should the Debtor fail to comply with this Order or again become in arrears under the Plan, the Trustee shall file a motion to dismiss this case, which may be granted without further notice or hearing.

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: December 9, 2020

amg